MARIE CELESTE FRIEDAY, AN INFANT BY HER GUARD-
IAN, *ETC.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. AN-
THONY J. TRIARSI, DEFENDANT-RESPONDENT.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Alan E.
Davis* for the petitioners.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Car-
roll A. Morley* for the respondent.

January 28, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. WAYNE MARVEL, JR., DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Miss
Cynthia M. Jacob* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. Raymond R. Tromba-
dore* for the respondent.

January 28, 1969. Granted.

WILLIAM TRACY, PLAINTIFF-PETITIONER, v. EDMUND H.
CHEVAL, INC., *ET AL.*, DEFENDANTS-RESPONDENTS
AND KOPPERS COMPANY, INC., DEFENDANT AND
THIRD-PARTY PLAINTIFF, v. HAROLD L. ANDERSEN,
THIRD-PARTY DEFENDANT.

*Messrs. Marcus & Levy* and *Mr. Harry C. Chasin* for the
petitioner.

*Messrs. Moser, Roveto & McGough* and *Mr. Roy J. Herrick*
for the respondents.

January 28, 1969. Denied.